No. 285. BAUMANN ET AL. *v.* SMRHA, CHIEF ENGINEER, DIVISION OF WATER RESOURCES, KANSAS STATE BOARD OF AGRICULTURE, ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE REED and MR. JUSTICE DOUGLAS would note probable jurisdiction. *Kenneth G. Speir* and

864

*Herbert H. Sizemore* for appellants.  *John Anderson, Jr.,* Attorney General of Kansas, *Paul E. Wilson,* Assistant Attorney General, and *Warden L. Noe,* Special Assistant Attorney General, for Smrha, and *Robt. B. Morton* and *Paul J. Donaldson* for the City of Wichita, appellees.